THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* RONALD STANSBURY, Defendant-Appellant.

(No. 58320;

First District (4th Division)—June 25, 1975.

. Opinion by Mr. JUSTICE JOHNSON.

Vincent F. Lufrano, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* RAYMOND COOPER, Defendant-Appellant.

(No. 58689;

First District (4th Division)—June 25, 1975.